No. 11–6495. RIDLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

rari denied. JUSTICE GINSBURG and JUSTICE SOTOMAYOR would grant the petitions for writs of certiorari. Reported below: 617 F. 3d 114.